ALLEN WHITE, RESPONDENT, *v.* CHARLES S. TURNER, ADMINISTRATOR, ETC., AND OTHERS, APPELLANTS.

APPEAL from a judgment entered on the report of a referee in favor of the plaintiff.

In this action, brought to foreclose a mortgage, the defense of usury was set up in the answer. The referee found that the mortgage was a valid instrument, and was given to secure a portion of the purchase-price of land sold to the mortgagor. The court held that this finding was conclusive, and affirmed the judgment.

*Julius A. Parsons,* for the appellants.

*D. Sherman,* for the respondent.

Opinion by SMITH, J.

Present— MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.